# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 1, 2012

No. 11-60369

Lyle W. Cayce
Clerk

SONIA HARRIS CARTER,

Plaintiff - Appellant

v.

JACKSON PUBLIC SCHOOL DISTRICT; JOHN COLEMAN, in his official
and individual capacities,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:07-CV-393

Before JOLLY, HIGGINBOTHAM, and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5th Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.